# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 16, 2022

Mr. John Gregory Bowman
Office of the U.S. Attorney
220 W. Depot Street
Suite 423
Greeneville, TN 37743

Mr. Michael Dwayne McKenzie Jr.
F.C.I. Williamsburg
P.O. Box 340
Salters, SC 29590

Re: Case No. 22-6013, *USA v. Michael McKenzie, Jr.*
Originating Case No. : 2:19-cr-00016-5

Dear Mr. McKenzie and Counsel,

This appeal has been docketed as case number **22-6013** with the caption that is enclosed on a separate page. The case number and official caption, as it appears on the enclosure, must appear on all documents submitted for filing in this case.

As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, with your signature. Copies are no longer necessary because the original documents will be scanned into the court's Electronic Case Filing system. You must mail appellee counsel a copy of every document you send to the Clerk's office for filing.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system. These forms must be filed by **November 30, 2022**.

Appellee: Appearance of Counsel
Application for Admission to 6th Circuit Bar (if applicable)

If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 22-6013**


UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

MICHAEL DWAYNE MCKENZIE, JR.

        Defendant - Appellant