# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>v.<br><br>MICHAEL DWAYNE MCKENZIE, JR.,<br>    Defendant-Appellant. | Case No. 22-6013 |

## MOTION TO DISMISS APPEAL

The United States moves to dismiss this appeal pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Rule 27(d) of the Sixth Circuit Rules, because McKenzie filed his notice of appeal after expiration of the time specified in Fed. R. App. 4(b)(1)(A). The United States also asks the Court to stay the briefing schedule during the pendency of this motion.

## BACKGROUND

In 2019, McKenzie pleaded guilty to conspiring to distribute and possess with intent to distribute at least 50 grams of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A). (R. 56, Plea Agreement, 93-101.) He was sentenced to 120 months in prison. (R. 119, Judgment, 324-30.)

Beginning in 2020, McKenzie repeatedly—and unsuccessfully—sought compassionate release under 18 U.S.C. § 3582(c)(1)(A). (*See*, *e.g.*, R. 299,

Memorandum Opinion & Order at 4624-25 (summarizing his motions).) Most recently, aided by appointed counsel, he sought compassionate release based on his family circumstances and rehabilitative efforts. (R. 285, Sealed Motion, 4196-210; *see also* R. 295, 296, 298, Supplements, 4601-12, 4619-23.) On October 24, 2022, the district court denied that motion, finding that McKenzie had "not identified an extraordinary and compelling reason for his release." (R. 299, Memorandum Opinion & Order, 4624-36.)

On November 10, 2022, *i.e.*, 17 days later, McKenzie filed a *pro se* notice of appeal dated November 7, 2022. (R. 301, Notice of Appeal, 4639.) He had apparently mailed it to his appointed counsel, who filed it for him along with an extension of time to appeal. (*Id.*; R. 300, Motion, 4637.) The district court promptly denied the motion for extension, because neither McKenzie nor his counsel even mentioned, much less established, excusable neglect or good cause to justify an extension, as required by Fed. R. App. P. 4(b)(4). (R. 302, Order at 4640-41.) The court nonetheless granted McKenzie leave to renew his motion for extension and noted that he might be eligible to benefit from the prisoner mailbox rule. (*Id.* at 4641.) McKenzie did not renew his motion for extension nor file any documents that could justify application of the mailbox rule in this case.

# ARGUMENT

Federal Rule of Appellate Procedure 4(b) requires a criminal defendant to file a notice of appeal within 14 days of the entry of the judgment or order being appealed. McKenzie filed his notice of appeal 17 days after the district court denied his motion for compassionate release, so it is untimely. (R. 299, Memorandum Opinion & Order, 4624-36; R. 301, Notice of Appeal, 4639.)

To be sure, Fed. R. App. P. 4(b)(4) allows a district court to extend the deadline by up to 30 days upon a finding of excusable neglect or good cause. But the district court made no such finding here, because McKenzie never identified any facts from which a court could reasonably find excusable neglect or good cause for an extension. (R. 302, Order at 4641.) Even after being explicitly invited by the district court to file a renewed motion for extension, and to invoke the mailbox rule if appropriate (*id.*), McKenzie filed nothing.

The 14-day time limit is a non-jurisdictional claim-processing rule, *United States v. Gaytan-Garza*, 652 F.3d 680, 681 (6th Cir. 2011) (*per curiam*), and the dismissal of late-filed criminal appeals is mandatory where, as here, the United States objects on that basis. *E.g.*, *United States v. Dominguez*, 513 F. App'x 458, 463 (6th Cir. 2013) (collecting cases and finding that the government adequately objected by "noting that [the notice of appeal] is late"). The Court should thus dismiss McKenzie's appeal as untimely.

## CONCLUSION

McKenzie filed his notice of appeal after expiration of the time specified in Fed. R. App. P. 4(b)(1)(A)(i). His appeal should be dismissed as untimely.

>Respectfully submitted,
>
>Francis M. Hamilton III
>United States Attorney
>
>By:   *s/J. Gregory Bowman*
>      J. GREGORY BOWMAN
>      Assistant U.S. Attorney
>      BPR# 017896
>      220 West Depot Street, Ste. 423
>      Greeneville, TN 37743
>      (423) 639-6759
>      Greg.Bowman@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on January 31, 2023, this motion was filed electronically and notice of its filing was sent to defendant by regular United States mail, postage prepaid, addressed as follows:

Michael McKenzie
No. 53991-074
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

>*s/J. Gregory Bowman*
>J. Gregory Bowman
>Assistant United States Attorney